IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Melissa Graham, on behalf of herself and all other persons similarly situated, | ) ) ) | Civil Action No. 2:14-cv-04357-DCN |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **NOTICE OF RESOLUTION OF ACTION** |
| Toyota Motor Corporation, Toyota Motor Sales, U.S.A., Inc., and Toyota Motor Engineering & Manufacturing North America, Inc., | ) ) ) ) ) | |
| Defendants. | ) ) | |

In light of Toyota Motor Sales, U.S.A., Inc.'s announced Warranty Enhancement Program, the Parties have resolved Plaintiff's individual claims and will execute an appropriate agreement within 30 days of the filing of this Notice. Once executed, Plaintiff shall file an appropriate Notice of Voluntary Dismissal of the Action with Prejudice. Thus, the Parties request that the Court enter the attached *Rubin* Order, while the Parties memorialize their resolution of this action.

Respectfully submitted,

[*signature page attached*]

For the Plaintiff,

    /s/T. Christopher Tuck
A. Hoyt Rowell, III
T. Christopher Tuck
James L. Ward, Jr.
Robert S. Wood
RICHARDSON, PATRICK, WESTBROOK &
BRICKMAN, L.L.C.
1037 Chuck Dawley Boulevard
Building A
Mt. Pleasant, SC 29464

Mark C. Tanenbaum
Mia Lauren Maness
LAW OFFICES OF MARK C. TANENBAUM, P.A.
241-243 East Bay Street
Charleston, SC 29401

For the Defendants,

    /s/Paul T. Collins
Steven A. McKelvey, Jr.
Paul T. Collins
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
1320 Main Street / 17th Floor
Columbia, SC 29201

G. Mark Phillips
NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.
Liberty Center, Suite 600
151 Meeting Street
Charleston, SC 29401
(843) 853-5200