IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Melissa Graham, on behalf of herself and all other persons similarly situated, </br></br>　　　　　　　　　　Plaintiff, </br></br>　vs. </br></br>Toyota Motor Corporation, Toyota Motor Sales, U.S.A., Inc., and Toyota Motor Engineering & Manufacturing North America, Inc., </br></br>　　　　　　　　　　Defendants. | Civil Action No. 2:14-cv-04357-DCN </br></br></br></br></br>**ORDER** |

　　　The Court having been advised by counsel for the Parties that the above action has been settled,

　　　IT IS HEREBY ORDERED that this action is dismissed without costs and without prejudice. If settlement is not consummated within sixty (60) days, either party may petition the Court to reopen this action and restore it to the calendar. Rule 60(b)(6), Fed. R. Civ. P. In the alternative, to the extent permitted by law, either party may within sixty (60) days petition the Court to enforce the settlement. *Fairfax Countywide Citizens v. Fairfax County*, 571 F.2d 1299 (4th Cir. 1978). By agreement of the parties, the court retains jurisdiction to enforce the settlement agreement. *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 381-82 (1994).

　　　The dismissal hereunder shall be with prejudice if no action is taken under either alternative within sixty (60) days from the filing date of this order.

　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable David C. Norton
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

Charleston, South Carolina
January 21, 2015